(137 So. 296)
SHERRILL OIL CO. v. R. S. TAYLOR et al.
4 Div. 574.

Supreme Court of Alabama.
Oct. 15, 1931.

A. R. Powell, of Andalusia, for appellant.

Coleman, Coleman, Spain & Stewart, of Birmingham, for appellees.

Steiner, Crum & Weil, of Montgomery, and Powell, Albritton & Albritton, of Andalusia, for appellant.

THOMAS, J.

Reversed and remanded on authority of Sherrill Oil Co. v. Taylor et al., ante, p. 437, 137 So. 295.

ANDERSON, C. J., and BROWN and FOSTER, JJ., concur.